# UNITED STATES DISTRICT COURT
for the
District of Connecticut

| | | |
|---|---|---|
| **Tara Chapell** <br> *Plaintiff* | ) <br> ) <br> ) | |
| v. | ) <br> ) | Case No.  3:11-CV-01702 (JBA) |
| **Barclays Bank Delaware** <br> *Defendant* | ) <br> ) | |

## NOTICE OF APPEARANCE

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

**Barclays Bank Delaware**

Date:   Dec 08, 2011

/s/ David S. Lesser
*Attorney's signature*

**David S. Lesser (phv05066)**
*Printed name and bar number*

**399 Park Ave. New York, NY 10014**
*Address*

**david.lesser@wilmerhale.com**
*E-mail address*

**212-230-8851**
*Telephone number*

**212-230-8888**
*FAX number*

*Rev. 5/4/2011*

## CERTIFICATE OF SERVICE

I hereby certify that on **Dec 08, 2011**, a copy of foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to [Below list the names and addresses of anyone unable to accept electronic filing] as indicate on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ **David S. Lesser**
*Attorney's signature*