# UNITED STATES DISTRICT COURT
for the
District of Connecticut

| | | |
|---|---|---|
| **Tara Chapell** | ) | |
| *Plaintiff* | ) | |
| v. | ) Case No. | **3:11-CV-01702 (JBA)** |
| **Barclays Bank Delaware** | ) | |
| *Defendant* | ) | |

## NOTICE OF APPEARANCE

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

**Barclays Bank Delaware**

Date:   **Dec 09, 2011**

**/s/ Noah A. Levine**
*Attorney's signature*

**Noah A. Levine (phv05067)**
*Printed name and bar number*

**399 Park Ave. New York, NY 10014**
*Address*

**noah.levine@wilmerhale.com**
*E-mail address*

**212-230-8851**
*Telephone number*

**212-230-8888**
*FAX number*

## CERTIFICATE OF SERVICE

I hereby certify that on **Dec 09, 2011**, a copy of foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to [Below list the names and addresses of anyone unable to accept electronic filing] as indicate on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ Noah A. Levine
*Attorney's signature*