# UNITED STATES DISTRICT COURT
for the

District of Connecticut

| | | |
|---|---|---|
| **Tara Chapell** <br> *Plaintiff* | ) ) ) | |
| v. | ) | Case No.   **3:11-cv-01702-JBA** |
| **Barclays Bank Delaware** <br> *Defendant* | ) ) | |

## NOTICE OF APPEARANCE

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

**Tara Chapell**

Date:   **Dec 16, 2011**

**/s/ Nancy A. Kulesa**
*Attorney's signature*

**Nancy A. Kulesa (CT 25384)**
*Printed name and bar number*

**Izard Nobel LLP**
**29 South Main Street, Suite 215**
**West Hartford, CT 06107**
*Address*

**mkindall@izardnobel.com**
*E-mail address*

**(860) 493-6292**
*Telephone number*

**(860) 493-6290**
*FAX number*

*Rev. 5/4/2011*

## CERTIFICATE OF SERVICE

I hereby certify that on **Dec 16, 2011**, a copy of foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to [Below list the names and addresses of anyone unable to accept electronic filing] as indicate on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ Nancy A. Kulesa

*Attorney's signature*