# The Supreme Court of Missouri



## Certificate of Admission as an Attorney at Law

I, Bill L. Thompson, Interim Clerk of the Supreme Court of Missouri, do hereby certify that the records of this office show that on 4/19/2006,

## Tiffany Marko Yiatras

was duly admitted and licensed to practice as an Attorney and Counselor at Law in the Supreme Court of Missouri and all courts of record in this state, and is, on the date indicated below, a member in good standing of this Bar.

IN TESTIMONY WHEREOF, I hereunto set my hand and affix the seal of the Supreme Court of Missouri at my office in Jefferson City, Missouri, this 23rd day of December 2011.

*Bill L. Thompson*

Interim Clerk of the Supreme Court of Missouri

## CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of January, 2012, I electronically filed this document with the Clerk of the Court using the CM/ECF System, which will automatically send email notification of such filing to all attorneys of record.

/s/ Nancy A. Kulesa
**Nancy A. Kulesa**

110052.1