IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

|  |  |
|---|---|
| TARA CHAPELL, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>BARCLAYS BANK DELAWARE, )<br>)<br>Defendant. )<br>)<br>)<br>)<br>) | 3:11-CV-01702 (JBA)<br><br><br><br><br>February 1, 2012 |

**DEFENDANT'S NOTICE OF PLAINTIFF'S FAILURE TO OPPOSE DEFENDANT'S MOTION FOR STAY, AND DEFENDANT'S REQUEST FOR RULING ON MOTION FOR STAY**

On December 9, 2011, Defendant Barclays Bank Delaware ("Barclays") moved to stay this litigation in favor of arbitration based on a valid, binding agreement to arbitrate entered into between Plaintiff and Barclays [Dkt. #21]. On December 27—three days before her response to the arbitration stay motion was due—Plaintiff sought an extension of time to respond to Barclays' motion until 45 days after the completion of unspecified discovery [Dkt. #27]. On January 12, 2012, this Court ordered Plaintiff to respond to Barclays' arbitration stay motion by January 30, 2012 [Dkt. #32]. That deadline has now passed with no filing from Plaintiff.

Pursuant to Local Rule 7(a)(1), the "[f]ailure to submit a memorandum in opposition to a motion may be deemed sufficient cause to grant the motion, except where the pleadings provide sufficient grounds to deny the motion." D. Conn. L. Civ. R. 7(a)(1). Because Plaintiff has failed to file her opposition by the deadline set by this Court, and because Plaintiff's complaint does not provide any grounds for the denial of Barclays' motion, Barclays respectfully requests that

the Court now grant the motion to stay in favor of arbitration.  *See, e.g.*, *id.*; *Heusser v. Hale*, No. 3:07-cv-1660 (CSH), 2009 U.S. Dist. LEXIS 96782, at *3 (D. Conn. Oct. 19, 2009) (citing Local Rule 7(a)(1) in granting motion to strike that was not opposed by plaintiffs).

Dated:  February 1, 2012
Bridgeport, CT

Respectfully submitted,

/s/ Jonathan B. Orleans (ct05440)

Noah A. Levine (*pro hac vice*)
David S. Lesser (*pro hac vice*)
Jason D. Hirsch (*pro hac vice*)
WILMER CUTLER PICKERING HALE
 AND DORR LLP
399 Park Avenue
New York, New York 10022
(212) 230-8800

Jonathan B. Orleans (ct05440)
PULLMAN & COMLEY, LLC
850 Main Street, P.O. Box 7006
Bridgeport, CT 06601-7006
tel:  (203) 330-2000
fax: (203) 576-8888
email:  jborleans@pullcom.com

*Attorneys for Defendant*
*Barclays Bank Delaware*

## CERTIFICATION OF SERVICE

This is to certify that a copy of the foregoing was filed electronically and served by email on all counsel of record.  Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF system.

Dated: Bridgeport, Connecticut this 1st day of February, 2012

/s/ Jonathan B. Orleans
Jonathan B. Orleans (ct05440)

ACTIVE/74924.1/JORLEANS/2710797v1