UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| **TARA CHAPELL**, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>**BARCLAYS BANK DELAWARE**, a Delaware corporation, and **UNIDENTIFIED ENTITIES A through Z**, Inclusive,<br><br>Defendants. | **Civil Action No.** 3:11-cv-01702-JBA<br><br><br>February 1, 2012 |

### NOTICE OF DISMISSAL OF COMPLAINT WITHOUT PREJUDICE AGAINST DEFENDANTS PURSUANT TO FED. R. CIV. P. 41(A)(1)

Plaintiff, by and through counsel of record, and pursuant to Federal Rule of Civil Procedure 41(a)(1) of the Federal Rules of Civil Procedure, hereby dismisses all causes of action in her complaint against Defendants without prejudice.

Defendants have filed neither an answer to the complaint nor a motion for summary judgment as to these claims. Dismissal under Rule 41(a)(1) is therefore appropriate.

Respectfully submitted,                                **PLAINTIFF,**

/s/Nancy A. Kulesa
Jeffrey S. Nobel (CT 04855)
Mark P. Kindall (CT 13797)
Nancy A. Kulesa (CT 25384)
**IZARD NOBEL LLP**
29 South Main Street, Suite 215
West Hartford, CT  06107
Telephone: (860) 493-6202
Email: jnobel@izardnobel.com
           mkindall@izardnobel.com
           nkulesa@izardnobel.com

Francis J. "Casey" Flynn, Jr.

Tiffany M. Yiatras, Esq.
**CAREY, DANIS & LOWE**
8235 Forsyth Boulevard, Suite 1100
Saint Louis, Missouri  63105
Telephone: 314-725-7700
Facsimile: 314-721-0905
Email: casey@jefflowepc.com
      tyiatras@careydanis.com

David S. Paris, Esq.
Ross H. Schmierer, Esq.
Bryan H. Mintz, Esq.
**PARIS ACKERMAN & SCHMIERER LLP**
101 Eisenhower Parkway
Roseland, New Jersey  07068
Telephone: 973-228-6667
Facsimile: 973-629-1246
Email: david@paslawfirm.com
      ross@paslawfirm.com
      bryan@paslawfirm.com

Bruce H. Nagel
Jay J. Rice
Diane E. Sammons
**NAGEL RICE, LLP**
103 Eisenhower Parkway
Roseland, New Jersey 07068
(T): (973) 618-0400
(F): (973) 618-9194
Email: bnagel@nagelrice.com
      jrice@nagelrice.com
      dsammons@nagelrice.com

**ATTORNEYS FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

I hereby certify that on this 1st day of February, 2012, I electronically filed this document with the Clerk of the Court using the CM/ECF System, which will automatically send email notification of such filing to all attorneys of record.

/s/  Nancy A. Kulesa
Nancy A. Kulesa (CT25384)